# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRACY NAZIR PEREZ,**

            **Plaintiff,**

**-vs-**                                                  **Case No.  6:07-cv-1575-Orl-22UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

> **MOTION:**   **PLAINTIFF'S UNCONTESTED MOTION TO DISMISS (Doc. No. 18)**
>
> **FILED:**    May 28, 2008
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED.**

    Plaintiff moves to dismiss her case with prejudice. Counsel complied with Local Rule 3.01(g), and the Commissioner does not object to the requested dismissal. The Commissioner did not raise any counterclaims in her answer to the complaint. Accordingly, it is

    RECOMMENDED that the case be dismissed <u>with prejudice</u> pursuant to Fed. R. Civ. P. 41(a)(2).

    Failure to file written objections to the proposed findings and recommendations contained in

this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

      Recommended in Orlando, Florida on May 29, 2008.

                                          GREGORY J. KELLY
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable Anne C. Conway
Counsel of Record