# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRACY NAZIR PEREZ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1575-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion to Dismiss (Doc. No. 18) filed on May 28, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed May 29, 2008 (Doc. No. 19) is ADOPTED and CONFIRMED and made a part of this Order.

2.　　Plaintiff's Uncontested Motion to Dismiss (Doc. No. 18) is GRANTED. This action is DISMISSED WITH PREJUDICE.

3.　　The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 16, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge